1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  John Morales

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | JOHN MORALES,                        ) No. 1:12-cv-00742-AWI-SKO
12 |              Plaintiff,              ) **STIPULATION FOR DISMISSAL OF**
13 |     vs.                              ) **DEFENDANT CAHAN SHIELDS, LLC**
                                          ) **ONLY; [**~~PROPOSED~~**] ORDER**
14 | RALPHS GROCERY COMPANY, et al.,      )
15 |              Defendants.             )
16 |                                      )
17 |                                      )

18     IT IS HEREBY STIPULATED by and between Plaintiff John Morales, Defendant

19 Cahan Shields, LLC and Defendant Ralphs Grocery Company dba The Kroger Company aka

20 Foods Co., the parties to this action, by and through their respective counsel, that pursuant to

21 Federal Rule of Civil Procedure 41(a)(1)(A)(ii), <u>only</u> Defendant Cahan Shields, LLC be

22 dismissed from this action with prejudice.

23 Date: October 26, 2012                    MOORE LAW FIRM, P.C.

24

25
                                              /s/Tanya E. Moore
26                                            Tanya E. Moore
                                              Attorney for Plaintiff John Morales
27

28 ///

*Morales v. Ralphs Grocery Company, et al.*
Stipulation for Dismissal of Defendant Cahan Shields Only, LLC; [Proposed] Order
                                        Page 1

| | | |
|---|---|---|
| 1 | Date: October 23, 2012 | SLATER & TRUXAW, LLP |
| 2 | | |
| 3 | | |
| 4 | | /s/ Gary E. Slater |
| | | Gary E. Slater |
| 5 | | Attorneys for Defendant Cahan Shields, LLC |
| 6 | | |
| 7 | Date: October 25, 2012 | GREENBERG & TRAURIG, LLP |
| 8 | | |
| 9 | | |
| 10 | | /s/ Gregory F. Hurley |
| | | Gregory F. Hurley |
| 11 | | Attorneys for Defendant Ralphs Grocery Company dba The Kroger Company aka Foods Co. |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that <u>only</u> Defendant Cahan Shields, LLC is hereby dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:   October 26, 2012                       _____

CHIEF UNITED STATES DISTRICT JUDGE

*Morales v. Ralphs Grocery Company, et al.*
Stipulation for Dismissal of Defendant Cahan Shields Only, LLC; [Proposed] Order
Page 2