1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   John Morales

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 JOHN MORALES,                    )  No. 1:12-CV-00742-AWI-SKO
                                    )
12          Plaintiff,               )  **STIPULATION FOR DISMISSAL OF**
                                    )  **ACTION; ORDER THEREON**
13     vs.                           )
                                    )
14 RALPHS GROCERY COMPANY, et al.,  )
                                    )
15          Defendants.              )
                                    )
16                                  )
                                    )
17 _____ )

18      IT IS HEREBY STIPULATED by and between Plaintiff John Morales ("Plaintiff") and

19 Defendant Ralphs Grocery Company dba the Kroger Company aka Foods Co. ("Defendant"),

20 by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure

21 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each

22 party is to bear its own attorneys' fees and costs.

23 Date: March 20, 2013                    MOORE LAW FIRM, P.C.

24

25
                                           /s/Tanya E. Moore
26                                         Tanya E. Moore
                                           Attorney for Plaintiff John Morales
27

28 ///

*Morales v. Ralphs Grocery Company, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
                              Page 1

Date: March 20, 2013                                  GREENBERG TAURIG, LLP

                                                         /s/ Michael J. Chilleen
                                                         Gregory F. Hurley
                                                         Michael J. Chilleen
                                                         Attorneys for Defendant, Ralphs Grocery
                                                         Company dba The Kroger Company aka
                                                         Foods Co.

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  March 20, 2013                                    _____
                                                                    SENIOR DISTRICT JUDGE

*Morales v. Ralphs Grocery Company, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 2